UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-036-JHC |
| Plaintiff, | |
| v. | |
| ZACHARY M. WILSON, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"), that was seized from Defendant on or about December 23, 2024, in Everett, Washington:

a.    One Taurus PT 908 9mm pistol, with the serial number removed; and

b.    any associated ammunition.

Dkt. # 34.  The motion is unopposed.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1.    On November 4, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C.

Final Order of Forfeiture - 1
*United States v. Wilson*, CR25-036-JHC

§ 924(d)(1), by way of 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it (Dkt. No. 27);

2.      Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 33);

3.      The United States reviewed the underlying investigative material and did not identify any potential claimants to the Subject Property to whom direct notice should be sent, per Fed. R. Crim. P. 32.2(b)(6)(A); and

4.      The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the Subject Property exists in any party other than the United States;

2.      The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.      The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 11th day of March, 2026.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Wilson*, CR25-036-JHC